IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TONI:MICHELLE RODERICK, :

    Plaintiff,

v. : Case No. 3:16-cv-37

MONTGOMERY COUNTY : JUDGE WALTER H. RICE
PROBATE COURT, et al.,

    Defendants. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3);
OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #4);
DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE; JUDGMENT TO
ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF;
DENYING LEAVE TO APPEAL IN FORMA PAUPERIS; TERMINATION
ENTRY

---

    Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz in his Report and Recommendations, Doc. #3, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS that judicial filing in its entirety.

    Plaintiff was notified of her right to file Objections to the Report and Recommendations, and of the consequences of failing to do so. Although Plaintiff did subsequently file numerous Uniform Commercial Code documents, a Power of Attorney, Hold Harmless and Indemnity Agreements, Common Law Copyright Notices, numerous Internal Revenue Service forms, and a "Private Bond," Doc. #4,

none of these documents addresses the Magistrate Judge's recommended bases for dismissing Plaintiff's claims, and Plaintiff makes no specific Objections to the Report and Recommendations.  Accordingly, to the extent that Plaintiff intended her filing to constitute Objections to the Report and Recommendations, those Objections, Doc. #4, are OVERRULED.

Because Plaintiff has failed to state a claim upon which relief may be granted, her claims are DISMISSED WITH PREJUDICE.  Given that any appeal of this Order would be objectively frivolous as lacking a basis in law and fact and, therefore, would not be taken in good faith, Plaintiff is denied leave to appeal *in forma pauperis.*

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.


Date: March 2, 2016                                                     _____
                                                                                          WALTER H. RICE
                                                                                          UNITED STATES DISTRICT JUDGE